UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRYAN EDWIN RANSOM, | Case No. CV 12-8792-DSF(AJW) |
| Petitioner, | |
| v. | |
| | JUDGMENT |
| CONNIE GIBSON, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 3/4/13

_____
Dale S. Fischer
United States District Judge